## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Cause No.: 1:06-CR-23-TS |
| | ) | |
| VERNELL BROWN | ) | |

## OPINION AND ORDER

This matter is before the Court on Stand-By Counsel's Motion to Withdraw for Defendant Vernell A. Brown [DE 393]. When Defendant Brown waived his right to counsel, the Court appointed stand-by counsel to assist the Defendant in proceedings before this Court. The Defendant has now been sentenced and a Notice of Appeal has been filed on his behalf.

The Court GRANTS the Motion [DE 393] and attorney Sam Bolinger's stand-by appearance is withdrawn.

SO ORDERED on October 21, 2008.

        s/ Theresa L. Springmann
        THERESA L. SPRINGMANN
        UNITED STATES DISTRICT COURT